IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PEGASUS BROADCAST TELEVISION INC,
PEGASUS COMMUNICATIONS CORPORATION,

    Plaintiffs/Counter-defendants,

v.                                                                     CASE NO. 1:02-cv-00119-MP-AK

HARVEY BUDD,
ILENE BUDD,
BUDD BROADCASTING COMPANY INC,
TOWER PROPERTIES OF FLORIDA INC,

    Defendants/Third-Party Plaintiffs/Counter-claimants (except Tower Properties)

v.

PRECISION TOWER SYSTEMS INC,
ANCHOR ENGINEERING, INC. and RONALD
BONGIOVANNI,

    Third-Party Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 159, Notice of Settlement Notice of Partial Settlement of Third Party Complaint.  A telephone conference call was conducted, during which the parties informed the Court that the settlement noticed in doc. 159 means that all claims, counterclaims and third party claims in this case have now been settled.  Additionally, the parties indicated that all the terms of the settlement have been accomplished.  Accordingly, the Clerk is hereby directed to close this file.

    **DONE AND ORDERED** this _9th_ day of August, 2005

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge